# TORINO & BERNSTEIN, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| BRUCE A. TORINO<br>KENNETH BERNSTEIN (1956-2013)<br>VINCENT J. BATTISTA<br>CHRISTINE M. CAPITOLO<br>ELLIE S. KONSTANTATOS<br>SASHA S. SHAFEEK | 200 OLD COUNTRY ROAD, SUITE 220<br>MINEOLA, NEW YORK 11501-4236<br><br>(516) 747-4301<br>Fax (516) 747-5956 | PATRICIA BRUNO GOLDEN<br>-------------------------------<br>RYAN M. TORINO \*\*<br>IRINA M. PETERSEN<br><br>*COUNSEL TO THE FIRM:*<br>ROBERT H. FISCHLER<br>HOWARD I. DUBOW<br><br>\*\* CIPP/US |

September 4, 2025

Honorable John P. Cronan
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten/stamped order:]* The request is granted. The IPTC will be adjourned to October 1, 2025, at 11:00 a.m. The parties shall otherwise comply with the requirements stated in the Court's Order of August 27, 2025. Dkt. 9. The Clerk of the Court is respectfully directed to close Docket Number 10.

SO ORDERED.
Date: September 5, 2025
New York, New York

*/s/ John P. Cronan*
JOHN P. CRONAN
United States District Judge

Re:    Christopher Sandoval Abreu v. The Stop & Shop Supermarket Company, LLC.
      Docket No.: 1:25-cv-06601-JPC
      Our File No. 2023236203

Dear Honorable Judge Cronan:

      Our office represents the Defendant in this matter, The Stop & Shop Supermarket Company LLC. We are in receipt of the order setting down the IPTC for September 11, 2025, at 2:30 p.m. via telephone.

      We have reached out to Plaintiff's counsel regarding a Notice of Appearance and to discuss and prepare the joint letter and proposed order.

      Plaintiff is represented by Alexander Roytblat, Esq. Mr. Roytblat has advised that he is presently out of the country and if our office had no objection, to request an adjournment of the IPTC.

      Our office has no objection to adjourning the conference for at least two weeks to allow the parties to discuss the case and work out a proposed order, if the Court allows.

      I am presently not available in the afternoon of September 25, 2025, as I will be appearing in the Eastern District for an in person settlement conference but any other date would be fine. I can also have Mr. Torino, who has also filed a notice of appearance for the Defendant, cover the conference if the 25th is the best day for the Court.

      We thank you for your judicial courtesies at this time. If you require anything further, please let us know.

Respectfully submitted,

*Sasha S. Shafeek*

SASHA SHAFEEK

cc.: Alexander Roytblat, Esq.  aroyt778@gmail.com