UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
CHRISTOPHER SANDOVAL ABREU,        :

                Plaintiff,                    :
                                                   :        25 Civ. 6601 (JPC)
          -v-                                   :
                                                 :        <u>ORDER</u>
THE STOP & SHOP SUPERMARKET COMPANY,  :
LLC,                                                  :
                                                 :
                Defendant.                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       With the parties' consent, the Court has referred this action to a magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.  *See* Dkt. 13.  Accordingly the Court cancels the conference scheduled for October 1, 2025, and any future conferences.

       SO ORDERED.

Dated: September 25, 2025                          _____
       New York, New York                            JOHN P. CRONAN
                                                         United States District Judge